■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. McC., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed June 20, 1978, upon his adjudication as a youthful offender. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, J. P., Latham, Damiani and O'Connor, JJ., concur.